IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **FRANK EARHEART TATE,** | : |
| Petitioner. | : |
| vs. | : CIVIL ACTION 12-0291-CG-M |
| **GARY HETZEL,** | : |
| Respondent. | : |

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that **JUDGMENT** be entered in favor of Respondent Gary Hetzel and against Petitioner Frank Earheart Tate.

**DONE** this 11th day of March, 2013.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE